UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| PHI HEALTH, LLC, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 6:22-CV-95-REW |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| U.S. DEPARTMENT OF HEALTH | ) | |
| AND HUMAN SERVICES, *et al.*, | ) | |
| | ) | |
| Defendants. | | |

\*\*\* \*\*\* \*\*\* \*\*\*

Due to a conflict, the undersigned must recuse from this case. **IT IS HEREBY ORDERED THAT**, in accordance with paragraph 7 of General Order 18-22, this matter is **REASSIGNED** to Magistrate Judge Edward B. Atkins.

This the 3rd day of May, 2022.

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge