UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CIVIL ACTION NO. 6:22-CV-00095-REW-EBA

PHI HEALTH, LLC, *et al.*,                                                                                          PLAINTIFF,

V.                                                     **ORDER**

U.S. DEPARTMENT OF
HEALTH AND HUMAN SERVICES, *et al.*,                                               DEFENDANTS.

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on Defendants' Motion to Transfer [R. 21]. Defendants also move to defer their obligation to Answer or otherwise Respond to Plaintiffs' Complaint pending resolution of their Motion to Transfer. [R. 22]. To further consider the motions,

**IT IS ORDERED** that the Plaintiffs shall respond to Defendants' motions [R. 21, 22] no later than July 20, 2022.

Signed July 5, 2022.



Signed By:
*Edward B. Atkins*
**United States Magistrate Judge**