UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| PHI HEALTH, LLC, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 6:22-CV-95-REW-EBA |
| v. ) | |
| ) | ORDER |
| U.S. DEP'T. OF HEALTH AND HUM. ) | |
| SERVS., *et al.*, ) | |
| ) | |
| Defendants. ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Defendants move to change venue. *See* DE 21 (Motion). The Court **REFERS** the venue matter to United States Magistrate Judge Edward B. Atkins for appropriate decision.

This the 7th day of July, 2022.

Signed By:
*Robert E. Wier*   REW
United States District Judge