IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| PHI HEALTH, LLC, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>　　　　Defendants. | No. 6:22-cv-00095-REW-EBA |

### **DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

The Defendants respectfully inform the Court that the Department of the Treasury, the Department of Labor, and the Department of Health and Human Services (HHS) have published a final rule that finalizes certain provisions of the regulations under the No Surprises Act that are at issue in this litigation. *Requirements Related to Surprise Billing*, 87 Fed. Reg. 52,618 (Aug. 26, 2022). The rule finalizes portions of HHS's regulations under the Act, 45 C.F.R. §§ 149.140, 149.510, and 149.520, as well as portions of the parallel provisions of the Treasury and Labor regulations.

Dated:  August 26, 2022　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　BRIAN M. BOYNTON
　　　　　　　　　　　　　　　　　　　　Principal Deputy Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　ERIC B. BECKENHAUER
　　　　　　　　　　　　　　　　　　　　Assistant Branch Director

　　　　　　　　　　　　　　　　　　　　*/s/ Joel McElvain*
　　　　　　　　　　　　　　　　　　　　JOEL McELVAIN
　　　　　　　　　　　　　　　　　　　　Senior Trial Counsel
　　　　　　　　　　　　　　　　　　　　ANNA DEFFEBACH
　　　　　　　　　　　　　　　　　　　　Trial Attorney

1

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 616-8298
E-mail: joel.l.mcelvain@usdoj.gov
D.C. Bar No. 448431

*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

    I hereby certify on this 26th day of August, 2022, a true and correct copy of this document was served electronically by the Court's CM/ECF system to all counsel of record.

                                                      */s/ Joel McElvain*
                                                      JOEL McELVAIN