IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| PHI HEALTH, LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> Defendants. | No. 6:22-cv-00095-REW-EBA |

**DEFENDANTS' NOTICE OF SUBSTITUTION OF COUNSEL**

Pursuant to Local Civil Rule 83.6, the Defendants respectfully inform the Court that Joel McElvain hereby withdraws his appearance as their counsel in this action, and that Anna L. Deffebach (who has already entered her appearance) is substituted as their counsel of record. Mr. McElvain and Ms. Deffebach are employed by the same office of the U.S. Department of Justice. This substitution is made with the consent of the Defendants.

Dated:  October 20, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ERIC B. BECKENHAUER
Assistant Branch Director

*/s/ Joel McElvain*
JOEL McELVAIN
Senior Trial Counsel

*/s/ Anna L. Deffebach (by permission)*
ANNA L. DEFFEBACH
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch

1

1100 L Street, NW
Washington, DC 20005
Phone: (202) 616-8298
E-mail: joel.l.mcelvain@usdoj.gov
D.C. Bar No. 448431

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify on this 20th day of October, 2022, a true and correct copy of this document was served electronically by the Court's CM/ECF system to all counsel of record.

                                        */s/ Joel McElvain*
                                        JOEL McELVAIN