UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CIVIL ACTION NO. 6:22-CV-00095-REW-EBA

PHI HEALTH, LLC, *et al.*,                                                        PLAINTIFFS,


V.                                              **ORDER**


U.S. DEPARTMENT OF HEALTH
AND HUMAN SERVICES, *et al.*,                                            DEFENDANTS.


\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on Plaintiffs' Unopposed Motion to Stay this Case. [R. 46]. Plaintiffs request that these proceedings be stayed pending the resolution of appellate proceedings or the expiration of the deadline to appeal and resolution of appellate proceedings for litigation related to this case. [*Id.* at pg. 2]. Plaintiffs also request that they be permitted to file any Amended Complaint within 30 days after the stay is lifted and that Defendants be allowed to file their Answer and any other response to the Amended Complaint 60 days thereafter. [*Id.* at pg. 3]. Having reviewed the matter and being sufficiently advised,

IT IS ORDERED that Plaintiffs' Unopposed Motion to Stay this Case [R. 46] is GRANTED. This matter shall be stayed for a period of six months from the date of the entry of this Order. IT IS FURTHER ORDERED that counsel shall file a joint status report on the first Tuesday of every month beginning in November of 2023 advising the Court on the status of this related litigation and whether the stay can be lifted in this matter.

Signed September 27, 2023.



Signed By:

*Edward B. Atkins*    &Bh

United States Magistrate Judge