UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

| | |
|---|---|
| PHI HEALTH, LLC, and EMPACT MIDWEST LLC,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services,<br><br>OFFICE OF PERSONNEL MANAGEMENT,<br><br>KIRAN AHUJA, in her official capacity as Director of the U.S. Office of Personnel Management,<br><br>U.S. DEPARTMENT OF LABOR,<br><br>JULIE SU, in her official capacity as Acting Secretary of Labor,<br><br>U.S. EMPLOYEE BENEFITS SECURITY ADMINISTRATION,<br><br>LISA GOMEZ, in her official capacity as the Assistant Secretary for the Employee Benefits Security Administration,<br><br>U.S. DEPARTMENT OF THE TREASURY,<br><br>JANET YELLEN, in her official capacity as Secretary of the Treasury,<br><br>INTERNAL REVENUE SERVICE, and<br><br>DANNY WERFEL, in his official capacity as Commissioner of Internal Revenue,<br><br>Defendants. | **Case 6:22-cv-00095**<br><br>**JOINT STATUS REPORT** |

903048:1

1

## JOINT STATUS REPORT

Pursuant to the Court's order of September 27, 2023, ECF 47, the parties respectfully submit this Joint Status Report.

***TMA III and LifeNet III***

On August 24, 2023, the United States District Court for the Eastern District of Texas granted in part and denied in part the parties' cross-motions for summary judgment in *Texas Medical Association v. U.S. Department of Health and Human Services*, No. 22-cv-450 (E.D. Tex.) (lead case) ("*TMA III*"), and *LifeNet, Inc. v. U.S. Department of Health and Human Services*, No. 22-cv-453 (E.D. Tex.) ("*LifeNet III*"). The Departments appealed this ruling on October 20, 2023. *See TMA III* at ECF 64; *LifeNet III* at ECF 26. TMA filed a notice of cross-appeal on October 31, 2023. *See TMA III* at ECF 65. The Air Ambulance plaintiffs filed a notice of partial-cross-appeal on November 3, 2023. *See TMA III* at ECF 66; *LifeNet III* at ECF 27. The Departments' opening brief was filed January 12, 2024. The Air Ambulance plaintiffs' brief is due March 13, 2024.

***TMA II and LifeNet II***

The Eastern District of Texas granted summary judgment in *Texas Medical Association v. U.S. Department of Health and Human Services*, No. 22-cv-372 (E.D. Tex.) (lead case) (*TMA II*), and *LifeNet, Inc. v. U.S. Department of Health and Human Services*, No. 22-cv-373 (E.D. Tex.) ("*LifeNet II*"), on February 6, 2023. *TMA II* at ECF 99. The Departments filed a notice of appeal to the Fifth Circuit on April 6, 2023. *TMA II* at ECF 101. The appeal is now fully briefed. The Fifth Circuit held oral argument on February 5, 2024.

In light of the status of this related litigation, the parties respectfully submit that the stay in this matter should remain in place.

903048:1

2

Dated: March 1, 2024

Respectfully submitted,

| | |
|---|---|
| /s/ *Chrisandrea L. Turner* <br> Chrisandrea Turner <br> STITES & HARBISON, PLLC <br> 250 W. Main St., Ste. 2300 <br> Lexington, KY 40507 <br> 859-226-2261 <br> clturner@stites.com <br> *Counsel for Plaintiffs* <br><br> Stephen Shackelford, Jr. <br> Steven Shepard <br> J. Craig Smyser <br> Max I. Straus <br> SUSMAN GODFREY L.L.P. <br> 1301 Avenue of the Americas, 32nd Floor <br> New York, NY 10019 <br> Tel: (212) 336-8330 <br> Fax: 212-336-8340 <br> sshepard@susmangodfrey.com <br> sshackelford@susmangodfrey.com <br> csmyser@susmangodfrey.com <br> mstraus@susmangodfrey.com <br> *Attorneys for Plaintiffs* | BRIAN M. BOYNTON <br> Acting Assistant Attorney General <br><br> ERIC B. BECKENHAUER <br> Assistant Branch Director <br><br> /s/ *Anna Deffebach* <br> ANNA DEFFEBACH <br> Trial Attorney <br> D.C. Bar No. 241346 <br> United States Department of Justice <br> Civil Division, Federal Programs Branch <br> 1100 L Street, NW <br> Washington, DC 20005 <br> Phone: (202) 305-8356 <br> Fax: (202) 616-8470 <br> E-mail: Anna.L.Deffebach@usdoj.gov <br><br><br> *Counsel for Defendants* |